# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

---

*JUDGMENT IN A CIVIL CASE*

UNITED STATES OF AMERICA

      v                              Case Number   03-10074-01-MLB
                                                   05-3070 MLB

JAMES ANDERSON

Pursuant to the Order filed January 14, 2005, relief under 28 U.S. C. § 2255 is denied.

Date:  FEBRUARY 9, 2005

                                                   RALPH   L. DeLOACH, CLERK

                                                   s/Jamie Haig

                                                   _____

                                                   Jamie Haig, Deputy Clerk